**95–574.** In re Caldwell. *Franklin County,* Nos. 94APF07–996 and 94APF07–997. Discretionary appeal allowed; *sua sponte,* cause consolidated with 95–718, *supra.*

WRIGHT and PFEIFER, JJ., dissent.